DOWLING PARK NAVAL STORES COMPANY, a CORPORATION, *Plaintiff in Error,* v. J. F. FENDER, *Defendant in Error.*

This case was decided by Division A.

Writ of error to the Circuit Court for Taylor County.

*W. B. Davis,* for Plaintiff in Error.

*Hendry & McKinnon,* for Defendant in Error.

PER CURIAM.—This cause coming on for final hearing upon transcripts of record and briefs of the respective parties, and having been duly considered by Division A. and no reversible error having been made to appear, it is

therefore considered, ordered and adjudged by the court
that the judgment of the Circuit Court, to review which
the writ of error was sued out herein, be and the same is
hereby affirmed at the cost of the plaintiff in error.